# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| George Tasseff | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

Civil Action No.   3:18-cv-371

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ _____ .

☑ other:   Joint Stipulation to Remand to the Commissioner is ACCEPTED; Clerk of Court is directed to enter Judgment in Plaintiff's favor under Fed. R. Civ. P. 58; REMANDED to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g); case is terminated on the docket of this Court.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Sharon L. Ovington _____ on a motion for Remand

Date:   7/9/2019
_____

CLERK OF COURT

*Sophia R. Bryan*
Signature of Clerk or Deputy Clerk